JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

#11429D

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
FRANCISCO J. PEREZ

**DEFENDANTS**
NABORS DRILLING USA, INC.

B-00-153

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: HIDALGO
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: HARRIS
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

United States District Court
Southern District of Texas
FILED
OCT 0 4 2000
Michael N. Milby
Clerk of Court

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
JAMES P. GRISSOM
721 E. ESPERANZA
SUITE D
McALLEN, TX 78501 (956)994-1127

ATTORNEYS (IF KNOWN) UNKNOWN

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | **PERSONAL INJURY** ☐ 362 Personal Injury — Med. Malpractice | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury — Product Liability | | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | ☐ 370 Other Fraud | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | ☐ 371 Truth in Lending | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 350 Motor Vehicle | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 355 Motor Vehicle Product Liability | ☒ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 360 Other Personal Injury | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 380 Other Personal Property Damage | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 385 Property Damage Product Liability | | | |
| ☐ 290 All Other Real Property | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | |
| | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | |
| | ~~☐ 442 Employment~~ | **HABEAS CORPUS:** | | |
| | ☐ 443 Housing/ Accommodations | ☐ 530 General | | |
| | ☐ 444 Welfare | ☐ 535 Death Penalty | | |
| | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | |
| | | ☐ 550 Civil Rights | | |
| | | ☐ 555 Prison Condition | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
29 USC 2601 wrongful termination for protection under Family Medical Leave Act

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $** UNKNOWN
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 10/4/00
SIGNATURE OF ATTORNEY OF RECORD
JAMES P. GRISSOM

**FOR OFFICE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

```
                                                          United States District Court
                                                          Southern District of Texas
                                                                    FILED
                Cause No: _____                       OCT 0 4 2000

Francisco J. Perez         §        Civil Action No.         Michael N. Milby
                           §                                  Clerk of Court
VS.                        §       _____           B-00-153
                           §
Nabors Corporate Services, Inc §    Jury Demand
A/K/A Nabors Drilling USA, Inc.
```

### PLAINTIFF'S ORIGINAL COMPLAINT

**TO THE HONORABLE JUDGE OF SAID COURT:**

  **NOW COMES,** FRANCISCO J. MUNOZ, Plaintiff of the above styled and numbered cause, and files this his **PLAINTIFF'S ORIGINAL COMPLAINT,** complaining of **NABORS DRILLING USA, INC.,** Defendants' herein, and for cause of action would respectfully show the Court as follows:

### I.
### PARTIES

1. Plaintiff, Francisco J. Perez is a resident of Hidalgo County, Texas.

2. Defendant, is a corporation doing business in the Southern District of Texas and can be served through its registered agent, CAPITAL CORPORATE SERVICES, INC. at 800 Brazos, Suite 1100, Austin, Texas 78701

### II.
### JURISDICTION AND VENUE

1. Plaintiff is asserting claims under the Family Medical Leave Act, 29 USC Sect. 2601, et seg. and other such applicable statutes.

2. Venue is proper before this Court because Plaintiff's cause of action arose in the Southern District of Texas and because Defendant resides in the Southern District of Texas and does business in the Southern District of Texas.

### III.
### UNDERLYING FACTS

3. On or about October 5, 1998, Plaintiff, Francisco Perez, (sometimes hereinafter referred as "Plaintiff") was employed by Defendant.

4. On such date, Plaintiff was fired from his employment.

5. On October 1, 1998, Plaintiff took his son, Julio Cesar to a medical clinic in Reynosa, Mexico, because of his asthma illness. His condition was such that his doctor admitted the child and Plaintiff's son remained hospitalized for three days.

6. On October 5, 1998, Plaintiff called his employer and advised them that he was going to be late because his child had been confined in Reynosa.

7. At approximately 1:45 pm on October 5, 1998, Plaintiff arrived home with this son. At approximately 3:00 pm Plaintiff again called his employer. At such time, he was told by Cristo Ramirez that he no longer had a job. Plaintiff attempted to explain the situation, but Mr. Ramirez explained to Plaintiff that he had received orders from the Superintendent Rene Perez that he was to be terminated.

8. On October 17, 1998 Plaintiff went personally to the rig and talked to Cristo Ramirez to attempt to get reinstated. Mr. Ramirez again stated that he could not reinstate him and that he had already been replaced.

## IV.

## CAUSES OF ACTION FEDERAL CLAIMS

9. Plaintiff alleges that Defendant violated the provisions of 29 U.S.C. 2601 et.seq. and 29 C.F.R. sect 825 et seq., by failing to appraise him of his rights and by failing to reinstate him to the position he had prior to the initiation of the leave. Plaintiff further alleges that Defendants violated the provision of the FMLA by failing to appraise him of this availability and qualifications for Family Medical Leave without causing interruption of services causing the loss of wages, benefits, and position. It is the employers responsibility to designate leave, paid or unpaid as FMLA qualifying, and to give notice of the designation to the employee as per 29 C.F.R. sect 825.208(c).

10. Furthermore, Plaintiff alleges that he was discriminated against and retaliated against because he sought to protect a statutory right under the FMLA.

11. Plaintiff alleges that Defendant engaged in the above described violations willfully.

## V.
## DAMAGES

12. Among other things, Plaintiff has in fact lost wages and benefits.

13. Plaintiff claims he is entitled to liquidated damages because the acts or omissions which violated the FMLA were done in bad faith.

14. Plaintiff alleges he is entitled to reinstatement to this original position and/or a promotion as per the provisions of 29 U.S.C. Sect. 2617(a)(1)(B).

15. Plaintiff prays for any such other equitable relief as may be appropriate by the provisions of 29 U.S.C. Sect. 2617(a)(1)(B) such as 1) adopt and make known to employees a policy that FLMA applies to all employees 2) redistribute information concerning the rights of employees to FLMA leave 3) refrain from retaliating against employees for bringing FMLA claims, and 4) grant the employees 12 weeks of time off for FMLA leave.

16. Plaintiff prays that he be awarded reasonable attorney's fees, reasonable expert witness fees and other costs of the action as provided by 29 U.S.C. 2617(a)(3).

17. Damages are within the jurisdictional limits of this Court.

18. Plaintiff is also entitled to prejudgment and post-judgment interest at the maximum rate as provided by law.

## VI.
## AFFIRMATIVE PLEAS

19  Plaintiff demands that the liability of Defendant and the amount of damages incurred be determined by a jury of his peers.

20  All conditions precedent under the Family Medical Leave Act have been fulfilled or satisfied.

**WHEREFORE, PREMISES CONSIDERED, FRANISCO J. PEREZ, PLAINTIFF** in the above styled and numbered cause, respectfully prays that Defendant be served, and that after final determination of the merits by a jury, the final judgement be rendered against Defendant for compensatory damages, liquidated damages, attorney's fees, and for prejudgment and post-judgment interest at the maximum rate as provided by law, and for all other and further relief, either at law or equity, to which Plaintiff may show himself to be justly entitled.

Respectfully submitted,

JAMES P. GRISSOM
721 East Esperanza, Suite D
McAllen, Texas 78501
(956) 994-1127
(956) 994-1145 (telefax)
Texas Bar No. 08511900
Federal ID No.: 11417

BY: _____
JAMES P. GRISSOM
Attorney for Plaintiff