# RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]

DATE 12-22-00

NAME OF SERVER (PRINT) Jaime A. Anzaldua

TITLE Private Process Server

United States District Court
Southern District of Texas
FILED

JAN 16 2001

Michael N. Milby
Clerk of Court

B-00-153

United States District Court
Southern District of Texas
RECEIVED

JAN 16 2001

Michael N. Milby, Clerk of Court

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left. _____

☐ Returned unexecuted: _____

☒ Other (specify): USCMRR P155981847

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| NA | ~~84.~~ Total $75.00 | ~~94.~~ $75.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/27/00
Date

Signature of Server

709 E. Esperanza, Suite K McAllen, TX 78501
Address of Server

---

P 155 981 847

**US Postal Service**
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

Sent to: Ally Capital Corporate Services Inc.
Street & Number
Post Office, State, & ZIP Code

| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $3.20 |
| Postmark or Date | 12/15/00 |

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
Ally Capital Corp Services Inc.
800 Brazos, Ste. 1100
Austin, TX 78701

4a. Article Number P155981847
4b. Service Type
☐ Registered  ☒ Certified
☐ Express Mail  ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery 12-19-00

5. Received By: (Print Name) D Case

6. Signature: (Addressee or Agent) X D Case

8. Addressee's Address (Only if requested and fee is paid)
12/15/00

PS Form 3811, December 1994    102595-97-B-0179    Domestic Return Receipt

# UNITED STATES DISTRICT COURT

_Southern_ District of _Texas_

Francisco J. Perez

V.

Nabors Corporate Services, Inc.
AKA: Nabors Drilling USA, Inc.

**SUMMONS IN A CIVIL CASE**

CASE    B-00-153

TO: (Name and address of Defendant)

CAPITAL CORPORATE SERVICES, INC.
800 Brazos, Suite 1100
Austin, Texas 78701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES P. GRISSOM
721 East Esperanza, Suite D
McAllen, Texas 78501

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk            12-7-00
CLERK                              DATE

_(signature)_
By) DEPUTY CLERK