IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Francisco J. Perez, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-00-153 |
| Nabors Corporate Services, Inc. A/K/A Nabors Drilling USA, Inc., | § § § § | |
| Defendants. | § | |

**ORDER**

BE IT REMEMBERED, that on February 13, 2001, the Court **ORDERED** the Parties to file a Joint Discovery/Case Management Plan in compliance with this Court's Chamber Rules by February 16, 2001 at 4:00 p.m.

DONE at Brownsville, Texas, this 13th day of February 2001.

_____
Hilda G. Tagle
United States District Judge