United States District Court
Southern District of Texas
FILED

FEB 15 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANCISCO PEREZ, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Cause No. B-00-153 (Jury Requested) |
| NABORS CORPORATE SERVICES, INC. A/K/A NABORS DRILLING USA, INC., | § § § § | |
| Defendant. | § | |

### DEFENDANT'S MOTION TO APPEAR AT THE INITIAL PRETRIAL CONFERENCE BY TELEPHONE

COMES NOW, Defendant, Nabors Drilling USA, Inc., and files its Motion to Appear at the Initial Pretrial Conference by Telephone. Nabors will show the Court the following:

1. The initial pretrial conference has been set for 1:30 p.m. on February 26, 2001. This conference will take place at the United States Courthouse in Brownsville, Texas. Defendant's counsel's offices are in Houston, Texas. Additionally, Defendant's counsel's wife is expecting to give birth in either late February or early March 2001.

2. Based on the foregoing, Defendant requests this Court to allow it to appear at the initial pretrial conference by telephone. Defendant seeks this action not for the purpose of inconveniencing any party to this suit or for purposes of delay, but so that justice may be had.

3. Defendant has discussed this issue with Plaintiff's counsel, and Plaintiff's counsel indicates that he does not oppose Defendant appearing at the initial pretrial conference by telephone.

WHEREFORE, PREMISES CONSIDERED, Defendant, Nabors Drilling USA, Inc., respectfully requests this Court to grant its Motion and allow it to appear at the initial pretrial conference by telephone. Defendant also requests such other and further relief, including attorneys fees and costs, to which it is justly entitled.

Respectfully submitted,

*[signature]*

THOMAS H. WILSON
State Bar No. 21726500
Federal Bar No. 6585
MERRITT B. CHASTAIN, III
State Bar No. 00793491
Federal Bar No. 22694
1001 Fannin Street, Suite 2300
Houston, Texas 77002-6760
(713) 758-2042
(713) 758-5704 (FAX)

**ATTORNEYS FOR DEFENDANT
NABORS DRILLING USA, INC.**

**OF COUNSEL**:
VINSON & ELKINS, L.L.P.
First City Tower
Houston, Texas 77002-6760
(713) 758-3822
(713) 615-5933 FAX

## CERTIFICATE OF CONFERENCE

    I hereby certify that on February 13, 2001, I discussed Defendant's Motion to Appear at the Initial Pretrial Conference by Telephone with Plaintiff's counsel. Plaintiff's counsel indicated that he did not opposed Defendant's motion.

_____
Attorney for Defendant

## CERTIFICATE OF SERVICE

    I certify that on February 13, 2001, a true and correct copy of the foregoing document was served on counsel for Plaintiff by certified mail, return receipt requested, as follows:

    James P. Grissom
    721 East Esperanza, Suite D
    McAllen, Texas 78501

_____
Attorney for Defendant

464289_1 DOC