

United States District Court
Southern District of Texas
FILED

FEB 15 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANCISCO J. PEREZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. B-00-153 |
| | § | (Jury Requested) |
| NABORS CORPORATE SERVICES, INC. | § | |
| A/K/A/ NABORS DRILLING USA, INC., | § | |
| | § | |
| Defendant. | § | |

### DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

Defendant, Nabors Drilling USA, Inc., submits its list of all persons and entities that are financially interested in the outcome of this lawsuit:

1. Plaintiff, Francisco J. Perez

2. Defendant, Nabors Drilling USA, Inc.

Respectfully submitted,

/s/ Merritt B. Chastain, III
THOMAS H. WILSON
State Bar No. 21726500
Federal Bar No. 6585
MERRITT B. CHASTAIN, III
State Bar No. 00793491
Federal Bar No. 22694
1001 Fannin, Suite 2300
Houston, Texas 77002-6760
(713) 758-2042 (Telephone)
(713) 615-5704 (Telecopy)

ATTORNEYS FOR DEFENDANT NABORS
DRILLING USA, INC.

-2-

OF COUNSEL:

VINSON & ELKINS, L.L.P.
1001 Fannin, Suite 2300
Houston, Texas 77002-6760

## CERTIFICATE OF SERVICE

I certify that on this the 13th day of February, 2001, a true and correct copy of the foregoing document was served on all counsel by certified mail. return receipt requested as follows:

James P. Grissom
721 East Esperanza, Suite D
McAllen, Texas 78501

_____
Attorney for Defendant

Houston 464083 1