9

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 15 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FRANCISCO J. PEREZ | § | |
| Plaintiff | | |
| VS. | § | CIVIL ACTION NO. B-00-153 |
| NABORS CORPORATE SERVICES, INC. aka NABORS DRILLING USA, INC. | | |
| Defendant | § | |

## NOTICE OF CHANGE OF ADDRESS OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes JAMES P. GRISSOM and hereby files this Notice of Change of Address as attorney of record for FRANCISCO PEREZ, Plaintiff.

NEW ADDRESS:

**2408 North Conway
Mission, TX 78572**

Respectfully submitted,

JAMES P. GRISSOM
2408 North Conway
Mission, TX 78572
(956) 994-1127
(956) 994-1145  fax

By: _/s/ James P. Grissom_
JAMES P. GRISSOM
State Bar No. 08511900
Federal ID No. 11417
Attorney for FRANCISCO PEREZ

## CERTIFICATE OF SERVICE

This is to certify that on February 15, 2001, a true and correct copy of the above and foregoing document was served on Mr. Merritt Chastain, 1001 Fannin, Suite 2300, Houston, TX 77002-6760, by facsimile transmission to (713) 615-5704.

_/s/ James P. Grissom_
JAMES P. GRISSOM

GLOBAL.CIF                    1