10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 21 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Francisco J. Perez, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-153 |
| | § | |
| Nabors Corporate Services, Inc. | § | |
| A/K/A Nabors Drilling USA, Inc., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on February 21, 2001, the Court **GRANTED** Defendant's Motion to Appear at the Initial Pretrial Conference by Telephone [Dkt. No. 6].

DONE at Brownsville, Texas, this 21st day of February 2001.

Hilda G. Tagle
United States District Judge