United States District Court
Southern District of Texas
FILED

FEB 2 6 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANCISCO J. PEREZ | § | |
| Plaintiff | | |
| VS. | § | CIVIL ACTION NO. B-00-153 |
| NABORS CORPORATE SERVICES, INC. aka NABORS DRILLING USA, INC. | | |
| Defendant | § | |

### PLAINTIFF'S INITIAL DISCLOSURES TO DEFENDANT

TO:   NABORS CORPORATE SERVICES, INC. aka NABORS DRILLINGS USA, INC., Defendant, by and through Defendant's attorney of record, MERRITT CHASTAIN

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiff, FRANCISCO PEREZ, by and through JAMES P. GRISSOM, Plaintiff's attorney of record, serves the attached Initial Disclosures to Defendant, NABORS CORPORATE SERVICES, INC. aka NABORS DRILLINGS USA, INC.'s
.

Respectfully submitted,

By: _____
JAMES P. GRISSOM
Texas Bar No. 08511900
Fed. ID No. 11417
2408 North Conway
Mission, Texas 78572
Tel. (956)994-1127
Fax. (956)994-1145
Attorney for Plaintiff
FRANCISCO PEREZ

### CERTIFICATE OF SERVICE

I certify that on February 21, 2001 a true and correct copy of Plaintiff's Initial Disclosures were served by facsimile transmission on MERRITT CHASTAIN at (713) 758-2346.

_____
JAMES P. GRISSOM

## RESPONSES

**No. 1:** State the name, address, and telephone number of persons having knowledge of relevant facts.

**Response:**
Plaintiff, 2106 N. Sugar Rd., Edinburg, TX 78539 (956) 318-1145

Dr, Jose Amaya Julian, V. Carranza #6, Prol. Matamoros 910, Col. Aquiles Serdan, Reynosa, Tamps. Mexico

Defendants corporate representative

Cristo Ramirez - defts employee - address unknown

Juan Razo, Jr. - defts employee - address unknown

any witnesses identified by Defendant

**No. 2:** State the documents in possession of Plaintiff which may be used to support Plaintiff' claims.

**Response:**
Prescription signed by Dr. Julian on Oct. 1, 1998.

Brief narrative describing treatment of Julio Perez on Oct. 1, 1998.

**No. 3:** State the amount of economic damages and any method of calculating the damages.

**Response:**
Plaintiff seeks to recover his wages, benefits and any other compensable payroll benefits from the date of his termination plus attorneys fees recoverable under the FMLA. Plaintiff's economic damages are estimated to be approximately $46,800.00 from the date of his termination until obtaining similar employment.

2

*[Upper portion of page: prescription pad shown upside-down]*

SURTA SU RECETE EN: **FARMACIAS LOPEZ** SUCURSAL ESTRELLA TELS. 22-80-99 Y 22-97-69

## CLINICA "LA SALLE"
### Dr. José Amaya Julian
**MEDICO CIRUJANO PARTERO**

| DIA | MES | AÑO |
|-----|-----|-----|
|     | Oct | 98  |

PAC ENTE _Julio Cesar Perez_   EDAD: 7

*[handwritten prescription notes]*

PROXIMA CITA

V. CARRANZA
o
PROL. MATAMOROS 910
COL. AQUILES SERDAN
TEL. 22-22-44
CD. REYNOSA, TAM.

CED. PROF. 1111006

---



## CLINICA HOSPITAL "LA SALLE"
### Dr. José Amaya Julian
**MEDICO CIRUJANO PARTERO**

V Carranza
6
Prol. Matamoros 910
Col. Aquiles Serdan
Reynosa, Tam.

Tel. (89)
22-22-44

Ced. Prof.
1111006

FECHA

Nombre _____

A QUIEN CORRESPONDA.

El que subscribe Dr. Jose Amaya Julian con cedula profecional Numero 1111006 certifica haber atendido a el paciente JULIO CESAR PEREZ de 7 años de edad. Con Dx. de Bronquitis asmatiforme. Manejado con antibioticos, analgesicos, broncodilatadores, y expectorantes.
La presente se extiende en la Cd de Reynosa Tamps a los ? dia de Octubre de 1998 para los usos y fines que a el o los interesados convengan.

ATENTAMENTE

DR. JOSE AMAYA JULIAN