IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 6 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FRANCISCO J. PEREZ | § | |
| Plaintiff | | |
| VS. | § | CIVIL ACTION NO. B-00-153 |
| NABORS CORPORATE SERVICES, INC. aka NABORS DRILLING USA, INC. | | |
| Defendant | § | |

## CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES JUDGE:

NOW COMES, Plaintiff in the above styled and numbered cause and submit this Certificate of Disclosure of Interested Parties pursuant to the Court's Order.

I.

Pursuant to Paragraph 2 of the recently received Order of Conference, Plaintiffs state that they are currently aware of the following persons, association of persons, firms, partnerships, corporations, affiliates, or other entities that may be financially interested in the outcome of this litigation:

1. Plaintiff FRANCISCO J. PEREZ

2. Defendant Nabors Drilling USA, Inc.

Respectfully submitted,

By: _____
JAMES P. GRISSOM
Texas Bar No. 08511900
Fed. ID No. 11417
2408 North Conway
Mission, TX 78572
Tel. (956)994-1127
Fax. (956)994-1145
Attorney for Plaintiff
RYAN RICKERT, JOY RICKERT
and JOE RICKERT

## CERTIFICATE OF SERVICE

This is to certify that on February 21, 2001, a true and correct copy of the above and foregoing document was served on Mr. Merritt Chastain, 1001 Fannin, Suite 2300, Houston, TX 77002-6760, by facsimile transmission to (713) 615-5704.

JAMES P. GRISSOM