# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED
FEB 26 2001
Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Fajardo    ☐ Koerner |
| DATE | Feb.  26  2001 |
| TIME | a.m. / 1:35 p.m.    a.m. / 1:45 p.m. |
| CIVIL ACTION | B  00  153 |
| STYLE | Perez *versus* Nabors Drilling USA, Inc. |

■ Initial Pretrial Conference  ☐ Hearing_____ day  ☐ Bench or ☐ Jury Trial

<u>James Grissom</u>          for Plaintiff

<u>Merritt Chaistain</u>        for Defendant

■     <u>Comments</u>:

1) Counsel indicated that he could speak w/his client this afternoon to ascertain whether they would consent to proceed before a magistrate; counsel had not had the opportunity to discuss this matter w/his client b/c his wife gave birth last week.

2) Plaintiff's counsel indicated that he is agreeable to amending the complaint to eliminate Nabors Corporate Services, Inc. as a defendant if he receives an affidavit or some other proof from the defendants that they are two separate entitites and that plaintiff was employed only by Nabors Drilling USA, Inc.

3) The Judge indicated that even if the defendant does not consent to proceed before a magistrate, that she would refer this matter to a magistrate for all proceedings up to trial. The Parties had no objection thereto.

4) Plaintiff's counsel confirmed w/the Court that it received his change of address; Defense counsel asked Plaintiff's counsel to re-send his initial disclosures.