14

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 0 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FRANCISCO J. PEREZ | § | |
| Plaintiffs | | |
| VS. | § | CIVIL ACTION NO. B-00-153 |
| NABORS CORPORATE SERVICES, INC. aka NABORS DRILLING USA, INC. | | |
| Defendant | § | |

### PLAINTIFF'S MOTION TO DISMISS DEFENDANT

TO THE HONORABLE JUDGE OF SAID COURT:

   NOW COMES Plaintiff FRANCISCO PEREZ, and requests this Honorable Court to dismiss Defendant **NABORS CORPORATE SERVICES, INC.** for the ground set forth herein.

I.

   A.   Plaintiff requests dismissal of Defendant **NABORS CORPORATE SERVICES, INC.** for the following reason:

      1.   Defendant has provided an affidavit subscribed by an authorized designated corporate officer alleging sufficient facts to support that Nabors Corporate Services is not a proper defendant in this cause. See Exhibit "A" attached.

   **WHEREFORE**, Plaintiff requests this Honorable Court to dismiss Defendant **NABORS CORPORATE SERVICES, INC.** and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

By: _____
JAMES P. GRISSOM
Texas Bar No. 08511900
2408 North Conway
Mission, Texas 78572
Tel. (956)994-1127
Fax. (956)994-1145
Attorney for Plaintiff
FRANCISCO PEREZ