15

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| FRANCISCO J. PEREZ | § | |
| Plaintiffs | | |
| VS. | § | CIVIL ACTION NO. B-00-153 |
| NABORS CORPORATE SERVICES, INC. aka NABORS DRILLING USA, INC. | | |
| Defendant | § | |

ORDER DISMISSING DEFENDANT

(DKT # 14)

On __March 26__, 2001, the Court considered the Plaintiff's Motion to Dismiss Defendant **NABORS CORPORATE SERVICES, INC.** and the agreement of counsel. After due consideration of the Motion and the agreement of counsel, the Court finds the motion is due to be **GRANTED** and orders the following:

Defendant **NABORS CORPORATE SERVICES, INC. is DISMISSED**.

Signed on: __March 26__, 2001.

_____
PRESIDING JUDGE

AGREED AS TO FORM AND SUBSTANCE:

_____
JAMES P. GRISSOM
Attorney for Plaintiff
FRANCISCO PEREZ
2408 North Conway
Mission, Texas, 78572
Tel: (956) 994-1127
Fax: (956) 994-1145

_____
MERRITT CHASTAIN
Attorney for NABORS CORPORATE SERVICES, INC.
and NABORS DRILLINGS USA, INC.
VINSON & ELKINS, L.L.P.
1001 Fannin, Suite 2300
Houston, Texas, 77002-6760
Tel: (713) 758-2042
Fax: (713) 615-5738

## CERTIFICATE OF SERVICE

I certify that on March 8, 2001 a true and correct copy of Plaintiff's Motion to Dismiss was served by facsimile transmission on MERRITT CHASTAIN at (713) 615-5738.

_____
JAMES P. GRISSOM

## CERTIFICATE OF CONFERENCE

I certify that on March 2, 2001, counsel for the parties in this matter conferred concerning Plaintiff's Motion to Dismiss and reached an agreement as evidenced by their individual signatures on the accompanying Agreed Order.

_____
JAMES P. GRISSOM