16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Francisco J. Perez, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-00-153 |
| Nabors Drilling USA, Inc., | § § § | |
| Defendant. | § | |

**ORDER**

BE IT REMEMBERED, that on May 2, 2001 the Court **REFERRED** this case to United States Magistrate Judge Felix Recio for management through trial, as the Court indicated it would do at initial pre-trial conference [Dkt. No. 13]. At that time, the Parties had no objections thereto [see id.].

Judge Recio will enter a scheduling order, hold any necessary hearings, and complete report and recommendations on dispositive motions. If, by the time the case is ready for trial, the Parties have not consented to trial by the magistrate judge, the trial will be promptly set before United States District Judge Hilda G. Tagle.

DONE at Brownsville, Texas, this 2nd day of May 2001.

_____
Hilda G. Tagle
United States District Judge