*18*

# Felix Recio, U.S. Magistrate Judge
## Southern District of Texas, Brownsville Division

Law Clerk:    Jessica R Dart

United States District Court
Southern District of Texas
FILED

MAY 2 3 2001

Michael N. Milby
Clerk of Court

Date:        May 23, 2001, 2:00 pm

---

## C.A. NO. B-00-153 (HGT)

---

| | | |
|---|---|---|
| FRANCISCO J PEREZ | * | James P Grissom & Francisco Perez |
| vs | * | |
| NABORS DRILLING USA, INC. | * | Merritt Chastain |

---

### INITIAL PRETRIAL CONFERENCE

Conference held with attorneys Grissom and Chastain.

The parties agreed to a scheduling order. An order shall be issued.