*19*

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

FRANCISCO J. PEREZ §

   VS § C.A. NO. B-00-153
   (Judge Tagle)
NABORS DRILLING USA, INC. §

United States District Court
Southern District of Texas
ENTERED

MAY 24 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: **2** days.     ☐ Bench   ☒ Jury

2. New parties must be joined by: **July 16, 2001**
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff(s)' experts will be named with a report furnished by: **August 16, 2001**

4. The defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert. **September 17, 2001**

5. Discovery must be completed by: **October 17, 2001**
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

********************* The court will provide these dates. *********************

6. Dispositive Motions will be filed by: **November 17, 2001**

7. Joint pretrial order is due: **December 4, 2001**
   *The plaintiff(s) is responsible for filing the pretrial order on time.*

8. Docket call and final pretrial conference before Judge Tagle
9. is set for 1:30 p.m. on: **January 4, 2002**
   *The case will remain on standby until tried.*

10. The jury selection before Judge Tagle is set for 9:00 a.m. on: **January 7, 2002**

The case will remain on standby until tried.

Signed **May 23, 2001** at Brownsville, Texas.

Felix Recio
United States Magistrate Judge