

# UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

FRANCISCO J. PEREZ                          §

    VS                                      §    C.A. NO. B-00-153
                                                 (Judge Tagle)
NABORS DRILLING USA, INC.                   §

**United States District Court**
**Southern District of Texas**
ENTERED

**AUG 27 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

## CORRECTED SCHEDULING ORDER

1.    Trial: Estimated time to try: 2____ days.          ☐ Bench    ☐ Jury

2.    New parties must be joined by:                     <u>July 16, 2001</u>
          *Furnish a copy of this scheduling order to new parties.*

3.    The plaintiff(s)' experts will be named with a report furnished by: <u>August 16, 2001</u>

4.    The defendant(s)' experts must be named with a report furnished
      within 30 days of the deposition of the plaintiff(s)' expert.    <u>September 17, 2001</u>

5.    Discovery must be completed by:                    <u>October 17, 2001</u>
          *Counsel may agree to continue discovery beyond the deadline, but there will be*
          *no intervention by the Court.  No continuances will be granted because of*
          *information acquired in post-deadline discovery.*

*********************    The court will provide these dates.    *********************

6.    Dispositive Motions will be filed by:              <u>November 17, 2001</u>

7.    Joint pretrial order is due:                       <u>December 4, 2001</u>
          *The plaintiff(s) is responsible for filing the pretrial order on time.*

8.    Docket call and final pretrial conference before Judge Tagle
9.    is set for 1:30 p.m. on:                           <u>January 3, 2002</u>
          *The case will remain on standby until tried.*

10.   The jury selection before Judge Tagle is set for 9:00 a.m. on:    <u>January 7, 2002</u>

The case will remain on standby until tried.

          Signed <u>August 24, 2001</u>  at Brownsville, Texas.

                                          _____
                                               Felix Recio
                                          United States Magistrate Judge

*Scheduling Order-Page Two*

CtmPDF - www.texis.com