21

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Francisco J. Perez, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-153 |
| | § | |
| Nabors Corporate Services, Inc. | § | |
| A/K/A Nabors Drilling USA, Inc., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on December 10, 2001, the Court **ORDERED** the Parties to file a Joint Pretrial Order signed and agreed upon by all Parties by 2:00 p.m. on Wednesday, December 12, 2001. The Court notes that the deadline for filing the Joint Pretrial Order was December 4, 2001. The Parties are admonished that in the future, the Court will not extend deadlines and will impose sanctions for documents that are not timely filed. The Parties are also forewarned to comply with the Local Rules and this Court's Civil Procedures regarding the required contents of the Joint Pretrial Order and that the Court will consider imposing monetary sanctions on any party that does not join in filing a <u>single</u> order and attachments by the date specified above.

DONE at Brownsville, Texas, this 10th day of December 2001.

Hilda G. Tagle
United States District Judge