IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| FRANCISCO J. PEREZ, | § | CAUSE NO. B-00-153 |
| | § | (Jury Requested) |
| Plaintiff, | § | |
| | § | |
| v. | § | HILDA G. TAGLE |
| | § | (Judge) |
| NABORS CORPORATE SERVICES, INC. | § | |
| A/K/A/ NABORS DRILLING USA, INC., | § | |
| | § | STELLA CAVAZOS |
| Defendant. | § | (Case Manager) |

## NABORS DRILLING USA, INC.'S EXHIBIT LIST

| NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | NOT ADMIT |
|---|---|---|---|---|---|
| 1. | Plaintiff's Complaint | | | | |
| 2. | Plaintiff's Response to Defendant's First Set of Interrogatories | | | | |
| 3. | Nabors' Employee Handbook | | | | |
| 4. | Evaluation Sheet dated September 17, 1998 | | | | |
| 5. | New Employee Orientation Checklist dated January 21, 1997 | | | | |
| 6. | Employee Acknowledgment Form dated January 20, 1997 | | | | |
| 7. | Notice Entitled "Your Rights Under the Family Medical Leave Act of 1993" | | | | |
| 8. | Doctor's Note and Prescription from Dr. Jose Amaya Julian dated October 1, 1998 | | | | |
| 9. | Translation of Doctor's Note and Prescription from Dr. Jose Amaya Julian dated October 1, 1998 | | | | |
| 10. | Employee Status Change Form dated October 5, 1998 | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | NOT ADMIT |
| 11. | Employee Status Change Form dated August 24, 1998 | | | | |
| 12. | Employee Status Change Form dated March 23, 1998 | | | | |
| 13. | Employee Status Change Form dated December 29, 1997 | | | | |
| 14. | Employee Status Change Form dated January 21, 1997 | | | | |
| 15. | Plaintiff's 1997 W-2 from Nabors | | | | |
| 16. | Plaintiff's 1999 Tax Return | | | | |
| 17. | Plaintiff's 1999 W-2 from Sam Kane Beef | | | | |
| 18. | Check Stub from Sam Kane Beef dated January 6, 2000 | | | | |
| 19. | Plaintiff's Valley Truss W-2 Substitute Form dated April 12, 2000 | | | | |
| 20. | Plaintiff's 2000 W-2 from Helmrich & Payne | | | | |
| 21. | Check Stub dated March 17, 2001 (presumably from Helmrich & Payne) | | | | |
| 22. | Recent Check Stub from Helmrich & Payne | | | | |

Defendant reserves the right to introduce any exhibits listed by Plaintiff as well as rebuttal or impeachment exhibits which cannot reasonably be anticipated.

Respectfully submitted,

*/s/ Merritt B. Chastain, III*
THOMAS H. WILSON
State Bar No. 21726500
MERRITT B. CHASTAIN, III
State Bar No. 00793491
1001 Fannin, Suite 2300
Houston, Texas 77002-6760
(713) 758-2042 (Telephone)
(713) 615-5704 (Telecopy)

**ATTORNEYS FOR DEFENDANT NABORS DRILLING USA, INC.**

**OF COUNSEL:**

VINSON & ELKINS, L.L.P.
1001 Fannin, Suite 2300
Houston, Texas 77002-6760

## CERTIFICATE OF SERVICE

I certify that on this the 12th day of December, 2001, a true and correct copy of the foregoing document was served on all counsel by federal express as follows:

James P. Grissom
2408 North Conway
Mission, Texas 78572

*/s/ Merritt B. Chastain, III*
Attorney for Defendant

Houston 734593 1

-3-