United States District Court
Southern District of Texas
FILED

DEC 1 4 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANCISCO J. PEREZ, | § | CAUSE NO. B-00-153 |
| | § | (Jury Requested) |
| Plaintiff, | § | |
| | § | |
| v. | § | HILDA G. TAGLE |
| | § | (Judge) |
| NABORS CORPORATE SERVICES, INC. | § | |
| A/K/A/ NABORS DRILLING USA, INC., | § | |
| | § | STELLA CAVAZOS |
| Defendant. | § | (Case Manager) |

## NABORS DRILLING USA, INC.'S WITNESS LIST

1.  Francisco J. Perez

    Mr. Perez has knowledge concerning his employment with Nabors, the circumstances of his discharge from Nabors, and his subsequent efforts, or lack thereof, to mitigate his damages by locating substantially equivalent employment after his discharge from Nabors.

2.  Cristo Ramirez
    Nabors Drilling USA, Inc.
    411 Airport Rd., Suite 300
    Alice, Texas 78332
    (361) 668-1674

3.  Rene Perez
    Nabors Drilling USA, Inc.
    411 Airport Rd., Suite 300
    Alice, Texas 78332
    (361) 668-1674

4.  Juan Razo
    P.O. Box 2381
    Roma, Texas 78584-2381
    (210) 487-4171

    Mr. Ramirez, Mr. Perez, and Mr. Razo have knowledge concerning Plaintiff's employment with Nabors and the circumstances of Plaintiff's discharge from Nabors.

5.  Any other witnesses identified by Plaintiff in his Witness List.

6.  Any rebuttal witnesses the need for whose testimony cannot be reasonably anticipated.

                         Respectfully submitted,

*/s/ Merritt B. Chastain, III*

THOMAS H. WILSON
State Bar No. 21726500
MERRITT B. CHASTAIN, III
State Bar No. 00793491
1001 Fannin, Suite 2300
Houston, Texas 77002-6760
(713) 758-2042 (Telephone)
(713) 615-5704 (Telecopy)

**ATTORNEYS FOR DEFENDANT NABORS DRILLING USA, INC.**

**OF COUNSEL:**

VINSON & ELKINS, L.L.P.
1001 Fannin, Suite 2300
Houston, Texas 77002-6760

## CERTIFICATE OF SERVICE

I certify that on this the 12th day of December, 2001, a true and correct copy of the foregoing document was served on all counsel by federal express as follows:

        James P. Grissom
        2408 North Conway
        Mission, Texas 78572

*/s/ Merritt B. Chastain, III*
Attorney for Defendant

Houston 734756 1