2-7

United States District Court
Southern District of Texas
FILED

DEC 1 4 2001

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **FRANCISCO J. PEREZ** | § | |
| **Plaintiff** | | |
| **VS.** | § | **CIVIL ACTION NO. B-00-153** |
| **NABORS CORPORATE SERVICES, INC. aka NABORS DRILLING USA, INC.** | | |
| **Defendant** | § | |

### JOINT STIPULATION OF DISMISSAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Plaintiff, FRANCISCO PEREZ, and Defendant, NABORS CORPORATE SERVICES, INC. aka NABORS DRILLINGS USA, INC. as Movants herein, and bring this Joint Stipulation of Dismissal of all Claims, and in support thereof, would show the court the following:

I.

Plaintiff, FRANCISCO PEREZ, asks the Court to enter a dismissal on all claims against NABORS CORPORATE SERVICES, INC. aka NABORS DRILLINGS USA, INC..

II.

Plaintiff and Defendant further state that the parties have reached an agreement to settle and compromise their differences in the lawsuit styled:  FRANCISCO PEREZ v. NABORS CORPORATE SERVICES, INC. aka NABORS DRILLINGS USA, INC., Cause No. B-00-153. The parties have agreed to the filing of this joint motion to dismiss with prejudice to the rights of either party, with each party to pay their own attorneys fees.

**WHEREFORE, PREMISES CONSIDERED**, Movants pray that the Court grants this Joint Stipulation of Dismissal.

Respectfully submitted,

By: _____
JAMES P. GRISSOM
Texas Bar No. 08511900
2408 North Conway
Mission, Texas 78572
Tel. (956)424-1644
Fax. (956)424-1640
Attorney for Plaintiff
FRANCISCO PEREZ

*Fed. I.D #11417*

Approved By:

MR. MERRITT CHASTAIN, III
Attorney for **NABORS CORPORATE SERVICES**,
INC. aka **NABORS DRILLINGS USA, INC.**
VINSON & ELKINS, L.L.P.
1001 Fannin, Suite 2300
Houston, **Texas**, 77002-6760
Tel: (713) 758-2042
Fax: (713) 615-5704

2

# JAMES P. GRISSOM
## Attorney at Law

2408 North Conway
Mission, Texas 78572

(956) 424-1644
fax (956) 424-1640
jpgrissom@cs.com

# FAX

**TO:** **MS. STELLA CAVAZOS — United States District Clerks Office — Brownsville Division**

**# 548-2598**

**FROM:** **JIM GRISSOM**

**DATE:** **December 14, 2001**

**SUBJECT:** Francisco J. Perez vs. Nabors Corporate Services, Inc., Cause No. B-00-0153

Dear Ms. Cavazos:

Accompanying this cover page, please find the Joint Stipulation of Dismissal which has been approved by opposing counsel in this case. At this time, I am sending you the executed original by U.S. mail which you should receive by Monday or Tuesday of next week. If not, please call me and I will resubmit the document.

I am also sending a copy of this transmittal to opposing counsel as indicated below.

Thank you for your very professional assistance in this matter; and if you have any questions or need further information, please contact me at the telephone number or e-mail address above.

Sincerely,

Jim Grissom

C: Mr. Merritt Chastain I I I
via fax: (713) 758-2346

The information contained in this facsimile is Attorney Privileged and Confidential Information intended only for the use of the individual or entity named above. If the recipient of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (956) 994-1127 and return the original message to us at the address above via the U.S. Postal Service.