

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 17 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Francisco J. Perez, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-00-153 |
| Nabors Corporate Services, Inc. A/K/A Nabors Drilling USA, Inc., | § § § § | |
| Defendants. | § § | |

**ORDER**

BE IT REMEMBERED that on December 14, 2001, the Court considered the Parties' Stipulation of Dismissal [Dkt. No. 27].

1. The Court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice. All Parties shall bear their own costs.

2. The Court retains jurisdiction to enforce the settlement. <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this 14th day of December 2001.

Hilda G. Tagle
United States District Judge