29

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FRANCISCO J. PEREZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. B-00-153 |
| | § | (Jury Requested) |
| NABORS CORPORATE SERVICES, INC. | § | |
| A/K/A/ NABORS DRILLING USA, INC., | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE

Plaintiff Francisco J. Perez and Defendant Nabors Drilling USA, Inc. hereby stipulate that the above-styled and numbered cause of action has been resolved to the mutual satisfaction of both parties and move for the action to be dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

Respectfully submitted,

JAMES P. GRISSOM
TBA No. 08511900
2408 North Conway
Mission, Texas 78572
(956) 424-1644
(956) 424-1640 (FAX)

**ATTORNEY FOR PLAINTIFF
FRANCISCO PEREZ**

*[Signature: Merritt B. Chastain, III]*

THOMAS H. WILSON
State Bar No. 21726500
MERRITT B. CHASTAIN, III
State Bar No. 00793491
1001 Fannin, Suite 2300
Houston, Texas 77002-6760
(713) 758-2042
(713) 615-5704 (FAX)

**ATTORNEYS FOR DEFENDANT NABORS DRILLING USA, INC.**

**OF COUNSEL:**

VINSON & ELKINS, L.L.P.
1001 Fannin, Suite 2300
Houston, Texas 77002-6760

## CERTIFICATE OF SERVICE

I certify that on this the **9th** day of **January**, 200**2**, a true and correct copy of the foregoing document was served on all counsel by certified mail, return receipt requested, as follows:

James P. Grissom
2408 North Conway
Mission, Texas 78572

*[Signature: Merritt B. Chastain, III]*
Attorney for Defendant

Houston 738210 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **FRANCISCO J. PEREZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CAUSE NO. B-00-153** |
| | § | **(Jury Requested)** |
| **NABORS CORPORATE SERVICES, INC.** | § | |
| **A/K/A/ NABORS DRILLING USA, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## AGREED ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

Plaintiff Francisco J. Perez and Defendant Nabors Drilling USA, Inc. have filed with this Court a signed Joint Motion to Dismiss All Claims With Prejudice, and have moved that this Court accordingly dismiss all of Plaintiff's claims with prejudice. The Court having considered such motion is of the opinion that it should be GRANTED.

It is, therefore, ORDERED that all of Plaintiff's claims are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

SIGNED FOR ENTRY this ____ day of _____, 200___.

_____
UNITED STATES DISTRICT JUDGE